IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY L. MEADOWS, § <br> § <br> Plaintiff, § <br> § <br> v. §    Civil Action No. 3:15-CV-01173-N <br> § <br> LATSHAW DRILLING COMPANY, § <br> LLC, § <br> § <br> Defendant. § | |

## ORDER

This Order addresses Defendant Latshaw Drilling Company, LLC's motion for summary judgment [91] and Plaintiff Johnny L. Meadows' motion for summary judgment [95]. Because genuine disputes of material fact exist regarding each of Plaintiff's claims, the Court denies both motions.

Signed January 25, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE