IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY L. MEADOWS, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>LATSHAW DRILLING COMPANY, LLC<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:15-cv-01173-N<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Motion for Extension of Time for Plaintiff to File Motion for Attorneys' Fees and Costs and for Defendant to File Responsive Briefing Thereto, (ECF No. 231, the "Motion"). Having considered the Motion, the Court **ORDERS** that the Motion is **GRANTED.**

It is therefore **ORDERED** that the Plaintiff shall have until May 9, 2019 to file his Motion for Attorneys' Fees and Costs and Defendant shall have until June 13, 2019 to file responsive briefing thereto.

Signed April 26, 2019.

_____
David C. Godbey
United States District Judge

1